THE PEOPLE OF THE STATE OF NEW YORK ex rel. CITY BANK FARMERS TRUST COMPANY, as Trustee under a Supplemental Trust Agreement with Prudence-

Bonds Corporation, Respondent, against ANTHONY J. RIZZARDI, as Commissioner of Assessment and Taxation of the City of New Rochelle, et al., Appellants. (Consolidated Proceedings.) — Final order modifying and confirming the report of a referee, sustaining writs of certiorari theretofore issued, and reducing assessments for 1942 and 1944 taxes on respondent's property, unanimously affirmed, with $50 costs and disbursements. No opinion. Present — Lewis, P. J., Carswell, Johnston, Adel and Sneed, JJ. [See *post*, p. 910.]